# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: BARRETT C. WELCH & MARY E. WELCH  
406 W. BRAYTON ROAD  
MOUNT MORRIS, IL 61054  

Case Number: 05-72455  
SSN-xxx-xx-7525 & xxx-xx-5186

Case filed on: 5/13/2005  
Plan Confirmed on: 7/8/2005

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $15,850.00         Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | LAW OFFICES OF PETER FRANCIS GERACI | 2,000.00 | 2,000.00 | 2,000.00 | 0.00 |
|  | Total Legal | 2,000.00 | 2,000.00 | 2,000.00 | 0.00 |
| 999 | BARRETT C. WELCH | 0.00 | 0.00 | 10.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 10.00 | 0.00 |
| 001 | HOME DEPOT CREDIT SERVICES | 250.00 | 250.00 | 250.00 | 6.44 |
| 002 | WELLS FARGO FINANCIAL | 96,089.69 | 0.00 | 0.00 | 0.00 |
| 003 | WELLS FARGO FINANCIAL | 837.07 | 837.07 | 837.07 | 0.00 |
|  | Total Secured | 97,176.76 | 1,087.07 | 1,087.07 | 6.44 |
| 001 | HOME DEPOT CREDIT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | BANK OF AMERICA | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | LVNV FUNDING LLC | 1,273.06 | 1,273.06 | 428.06 | 0.00 |
| 006 | SMC | 370.39 | 370.39 | 124.54 | 0.00 |
| 007 | CAPITAL ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | CAPITAL ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | CHASE | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | ECAST SETTLEMENT CORPORATION | 754.78 | 754.78 | 253.80 | 0.00 |
| 011 | FIRST CONSUMER NATIONAL BANK | 926.54 | 926.54 | 311.55 | 0.00 |
| 012 | CREDIT CARD SERVICES | 5,370.98 | 5,370.98 | 1,805.98 | 0.00 |
| 013 | CREDITORS BANKRUPTCY SERVICE | 401.21 | 401.21 | 134.91 | 0.00 |
| 014 | ECAST SETTLEMENT CORPORATION | 1,112.61 | 1,112.61 | 374.12 | 0.00 |
| 015 | MARSHALL FIELD | 2,099.65 | 2,099.65 | 706.00 | 0.00 |
| 016 | ECAST SETTLEMENT CORPORATION | 5,987.11 | 5,987.11 | 2,013.14 | 0.00 |
| 017 | ECAST SETTLEMENT CORPORATION | 501.60 | 501.60 | 168.66 | 0.00 |
| 018 | ECAST SETTLEMENT CORPORATION | 1,752.07 | 1,752.07 | 589.13 | 0.00 |
| 019 | MERRICK BANK | 3,097.87 | 3,097.87 | 1,041.64 | 0.00 |
| 020 | PORTFOLIO RECOVERY ASSOCIATES | 2,291.44 | 2,291.44 | 770.49 | 0.00 |
| 021 | RESURGENT CAPITAL SERVICES | 5,238.81 | 5,238.81 | 1,761.53 | 0.00 |
| 022 | SPIEGEL CHARGE / FCNB | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | TARGET NATIONAL BANK fka RETAILERS NAT'L | 2,701.87 | 2,701.87 | 908.50 | 0.00 |
| 024 | TARGET NATIONAL BANK fka RETAILERS NAT'L | 270.82 | 270.82 | 91.06 | 0.00 |
| 025 | WELLS FARGO FINANCIAL | 818.03 | 818.03 | 275.04 | 0.00 |
|  | Total Unsecured | 34,968.84 | 34,968.84 | 11,758.15 | 0.00 |
|  | Grand Total: | 134,145.60 | 38,055.91 | 14,855.22 | 6.44 |

Total Paid Claimant:       $14,861.66  
Trustee Allowance:         $988.34  
Percent Paid Unsecured:        33.62  

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

    /s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL on 09/26/2008        By  /s/Heather M. Fagan